IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**FILED**
JUL 1 4 2006
CLIFFORD J. PROUD
U.S. MAGISTRATE JUDGE
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE MATTER OF THE SEARCH OF )
)
ACE GREASE SERVICE )
9011 STATE ROUTE 163 ) CASE NUMBER 06-M-6064-CJP
MILLSTADT, ILLINOIS 62260 )
) FILED UNDER SEAL

## ORDER

Upon motion of the United States of America, and the Court being advised that failure to seal the application in this matter could compromise and jeopardize an ongoing investigation and witnesses who have thus far provided information to the Environmental Protection Agency, Criminal Investigation Division, relative to the investigation, the Court hereby orders the Clerk of the Court to seal the Application for Search Warrant and the Search Warrant filed on this date by Kenny Jamison, Special Agent of the Environmental Protection Agency, Criminal Investigation Division, and orders the Clerk to maintain the application and warrant under seal until further order of the Court.

Date: 07-14-06

_____
CLIFFORD J. PROUD
United States Magistrate Judge