IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | ) | |
|---|---|---|
| In re **SEARCH OF ACE GREASE SERVICE**, | ) | Case No. **06-M-6064-CJP** |
| **9011 State Route 163, Millstadt, IL 62260** | ) | |
| | ) | |

## ORDER

**PROUD, Magistrate Judge:**

On May 2, 2007, Michael Kostelac, manager of Ace Grease Service, filed a motion for return of property, and a separate motion for a hearing on his motion for return of property. **(Docs. 12 and 13).** Mr. Kostelac is now before the Court seeking to withdraw[1] his motion for return of property **(Doc. 12)**, which, obviously, would render his motion for hearing **(Doc. 13)** moot. **(Doc. 19).** Kostelac explains that the government has returned his property. **(*See also* Doc. 18).**

**IT IS HEREBY ORDERED** that Mr. Kostelac's motion to withdraw **(Doc. 19)** is **GRANTED**, in that the Clerk of Court shall have the record reflect that Kostelac's motion for return of property **(Doc. 12)** and his motion for hearing **(Doc. 13)** are **DENIED AS MOOT**.

**IT IS SO ORDERED.**

**DATED: July 2, 2007**

**s/ Clifford J. Proud**
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**

---

[1] In the era of electronic filing a document cannot be "withdrawn" from the record. Rather, a notation in the docket must be made reflect the status of an electronic document.